IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 18-5-M-DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JEREMY DAVID MEDBERY, | |
| Defendant. | |

IT IS HEREBY ORDERED that treats, meals and/or lodging be provided for the jurors in the above entitled case.

DATED 5th day of November, 2019.

Dana L. Christensen, Chief District Judge
United States District Court