IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–5–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JEREMY DAVID MEDBERY, | |
| Defendant. | |

On remand from the Ninth Circuit, the Court must "determine whether Defendant [Jeremy David Medbery] can prove, by a preponderance of the evidence, that he qualifies for [18 U.S.C.] § 3553(f)'s safety valve." (Doc. 141 at 4.) If the Court answers that question in the affirmative, then "it shall conduct a full resentencing." (*Id.*)

Accordingly, IT IS ORDERED that, on or before March 15, 2021, the parties shall file briefs supporting their respective positions as to whether Medbery can prove, by a preponderance of the evidence, that he qualifies for § 3553(f)'s safety valve. No responses or replies shall be filed unless the Court so orders.

DATED this 3rd day of March, 2021.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court